AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODNEY EARL CANNADY,

          Petitioner,

v.

WARDEN J. FIKES,

          Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-55

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated May 16, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court. Therefore, Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is dismissed, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

May 22, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020